JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LINDSEY,** | ) Case No. 2:09-CV-08797-CAS-MAN |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **ERIN CAPITAL MANAGEMENT, LLC,** | ) |
| | ) |
| Defendant. | ) |

   IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 5th day of April, 2010.

*[signature: Christina A. Snyder]*

The Honorable Christina A. Snyder